COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
|  | § |  |
| IN THE INTEREST OF L. A-K., A CHILD, | § | No. 08-18-00066-CV |
| Appellant. | § | Appeal from the |
|  | § | 388th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2015DCM8567) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's pro se third motion for extension of time within which to file the brief until **October 10, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Rudolph Ahuma-Kodjo the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before October 10, 2018.

IT IS SO ORDERED this 11th day of September, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.